UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDI SCHWAB, aka WENDI RUSHWORTH,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, NATIONAL FLOOD INSURANCE PROGRAM, DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendant. | CASE NO. CV 08-01351 MMM (JWJx)<br><br>JUDGMENT FOR DEFENDANT |

On June 23, 2008, the court held a hearing on the federal defendants' motion to dismiss. Having reviewed the briefs submitted by the parties and heard oral argument, the court granted defendants' motion to dismiss on June 23, 2008. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff Wendi Schwab take nothing by way of her complaint against the federal defendants; and

1        2.  That the action be, and it hereby is, dismissed.

3

DATED: June 23, 2008             *Margaret M. Morrow*
                                                MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE